IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 02-cv-01621-WYD-MJW

LEE ALPHONSO MOORE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

    Based upon the parties' Stipulation for Compromise Settlement filed June 22, 2006, it is

    ORDERED that the foregoing action is **DISMISSED WITH PREJUDICE**.

    Dated: June 26, 2006

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge